# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | 1:19-mc-00062-SAB |
| JOSE RODRIGUEZ, | ORDER DIRECTING CLERK OF COURT TO CLOSE MISCELLANEOUS CASE |

On August 2, 2019, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at Pleasant Valley State Prison.

On August 12, 2019, the Court directed Supervising Deputy Attorney General, Christopher Becker, to file a response to Plaintiffs' requests or to electronically file the complaints.

On August 19, 2019, Deputy Attorney General Joanna Hood filed a notice indicating that Plaintiff electronically filed his complaint on August 15, 2019, in Rodriguez v. Diaz, E.D. Cal. No. 1:19-cv-01118-JDP (PC).

///
///
///
///
///
///
///
///

1

In as much as the complaint has now been electronically filed and a new civil rights action has been opened, the Clerk of Court is directed to close the instant miscellaneous case.

IT IS SO ORDERED.

Dated: __**August 20, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE